UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | ED CV 25-02512-JLS-(JDEx) | Date | October 20, 2025 |
|---|---|---|---|
| Title | Uriel Contreras Guzman v. Ernesto Santacruz, et al. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

<u>Kelly Davis</u>  
Courtroom Deputy Clerk

<u>Myra Ponce</u>  
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Luis Savalza   David Beck, AUSA (via Zoom)

**PROCEEDINGS:   Amended Motion for Temporary Restraining Order filed by Petitioner Uriel Contreras Guzman [15]**

    The case is called and counsel state their appearance. Court and counsel confer. The motion hearing is held. The Court denies the Temporary Restraining Order.

: _46_

Initials of Clerk: kd